# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY HUESTON,

    Plaintiff,

v.

COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO CWA, LOCAL 13000, *et al.*,

    Defendants.

CIVI5 ACTION NO. 3:14-CV-01588

(JUDGE CAPUTO)

## ORDER

**NOW**, this 25th day of January, 2018, **IT IS HEREBY ORDERED** that**:**

(1) The Motion for Summary Judgment filed by Defendant Verizon ("Verizon") (Doc. 48) is **GRANTED** as to Counts III and IV of the Plaintiff's Complaint.

(2) The Motion for Summary Judgment filed by Defendants Communications Workers of America, AFL-CIO, CWA Local 13000 and Communications Workers of America, AFL-CIO, CWA District 2-13 (collectively "Union Defendants") (Doc. 41) is **GRANTED** as to Count I of Plaintiff's Complaint.

(3) Judgment is **ENTERED** in favor of Verizon and the Union Defendants and against Plaintiff Gregory Hueston.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

                                                    /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge